UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 24-CR-387 (LLA) |
| DARRIAN ALONTA TABBS | |
| Defendant. | |

### MOTION TO CONTINUE SENTENCING

The United States of America respectfully moves this Court to continue the sentencing for defendant Darrian Alonta Tabbs, which is currently scheduled for January 10, 2025, for approximately 14 days. The victim in this case, S.N., would like to appear before the Court in person for the sentencing hearing to give a victim impact statement. However, S.N. is currently out of the country, in part, due to the death of a family member and will not return until January 20, 2025. Further, the funeral is set for January 10, 2025, making the victim's virtual appearance for the sentencing hearing impractical. Pursuant to 18 U.S.C. 3771(a)(4), a victim has "[t]he right to be reasonably heard at any public proceeding in the district court involving . . . sentencing. . . ." Further, this Court has a duty to ensure that the victim is afforded the rights as set forth in 18 U.S.C. 3771(a). *See* 18 U.S.C. 3771(b)(1).

After speaking with S.N. and receiving the victim's request to be present at the hearing, on January 3, 2025, the government reached out to defense counsel Diane Shrewsbury to obtain the defense's position on this request. The defense opposes this motion. No reason for the opposition was given.

With the victim's unavailability on January 10 to appear either in person or virtually for the sentencing hearing, the government requests the sentencing hearing be continued at least 14

1

days to allow for the appearance of the victim. The defendant is currently detained pending sentencing and will receive credit toward his eventual term of imprisonment. *See* 18 U.S.C. 3585(b)(1). Given the defendant's substantial guideline range, probation's recommendation of 46 months' imprisonment, and the defense's request for 18 months' imprisonment, the additional two weeks will not prejudice the defendant.

WHEREFORE, the government respectfully requests that the Court grant this motion for a continuance of the defendant's sentencing hearing. The government is not requesting additional time to file any supplemental briefing.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY

By: */s/ Kyle M. McWaters*
Kyle M. McWaters
Assistant United States Attorney
D.C. Bar No. 241625
601 D Street NW
Washington, DC 20003
(202) 252-6983
kyle.mcwaters@usdoj.gov